**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**ANTHONY GLOSS, JOSEPH CRASE, TRAVIS MORGAN AND KYLE SANNER, for themselves and others similarly situated,**

          **Plaintiff,**

    **vs.**

**STAY DRY WATERPROOFING, LLC,**

      **Defendant.**

**Case No. 2:21-cv-4747**

**JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers**

## <u>ORDER</u>

This matter is before the Court on the parties' Joint Stipulation for Temporary Restraining Order Prohibiting Communications and Agreed Upon Briefing Schedule (ECF No. 18). For good cause shown, the joint stipulation is **APPROVED**. It is hereby ordered that:

1) Defendant is prohibited from communicating with putative class members regarding any matter related to: the allegations and claims in this lawsuit; payment for unpaid wages; the number of hours previously worked, or; any amount allegedly owed to a putative class member. This prohibition shall remain in effect through the close of the extended opt-in period in this matter. A failure to comply with this prohibition may result in further sanctions, including default judgment against Defendant. This does not prohibit Defendant from communicating with current employees regarding payroll matters that arise after the date of this Order.

2) Defendant shall identify all individuals to which Defendant sent correspondence or otherwise communicated regarding unpaid wages, as well as produce the

information/documents sent and received in response to the correspondence or other communication within 14 days of the filing of this Order.

3) An additional 30-days will be added to the opt-in period. Notice will be sent after a ruling on Plaintiffs' Motion for Show Cause Order Why Defendant Should Not Be Held In Contempt and Motion for TRO and for Sanctions (ECF No. 17).

4) Defendant's Response in Opposition to Plaintiffs' Motion for Show Cause Order Why Defendant Should Not Be Held In Contempt and Motion for TRO and for Sanctions (ECF No. 17) is due on January 24, 2022. Plaintiffs' Reply brief is due on February 7, 2022.

**IT IS SO ORDERED.**


**1/5/2022**                                        **s/Edmund A. Sargus, Jr.**
**DATE**                                             **EDMUND A. SARGUS, JR.**
                                                     **UNITED STATES DISTRICT JUDGE**