# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY GLOSS**, *et al.* for themselves and all others similarly situated, | : : : | |
| Plaintiffs, | : : | Case No.: 2:21-cv-4747 |
| v. | : : | JUDGE SARGUS |
| **STAY DRY WATERPROOFING, LLC,** | : : | MAGISTRATE JUDGE DEAVERS |
| Defendant. | : : | |

## JOINT MOTION FOR APPROVAL OF AGREED JUDGMENT ENTRY

Now come Plaintiffs and Defendants, by and through counsel, and respectfully request this Court to approve the parties' Agreed Judgment Entry in this matter. (*See* Agreed Judgment Entry, Doc. No. 35)  A copy of the parties' Agreed Judgment Entry is also attached hereto as Exhibit A. Defendants made an Offer of Judgment on February 15, 2022, which was then revised on March 2, 2022. Thereafter, the parties worked together on an Agreed Judgment Entry that sets forth the terms of the Judgment against Defendants. (*See* Exh. A) The parties' Agreed Judgment Entry supersedes all previous Offers of Judgment (which are hereby waived, rejected, and mooted) or other offers of any kind between the parties. The parties submit that their Agreed Judgment Entry is a fair and reasonable resolution to this matter and respectfully request that this Court **APPROVE** the Agreed Judgment Entry.

Respectfully submitted,

*/s/ Greg R. Mansell*
Greg R. Mansell (0085197)
(*Greg@MansellLawLLC.com*)
Rhiannon M. Herbert (0098737)
(*Rhiannon@MansellLawLLC.com*)
**Mansell Law, LLC**
1457 S. High St.
Columbus, Ohio 43207
Ph: (614) 796-4325
Fax: (614) 547-3614

*Counsel for Plaintiffs*


*/s/* Barry Y. Freeman
Barry Y. Freeman (0062040)
ROETZEL & ANDRESS, LPA
1375 E. 9th Street, 10th Floor
Cleveland, OH 44114
Telephone: (216) 615-4850
Facsimile: (216) 623-0134
Email: *bfreeman@ralaw.com*

*Trial Counsel for Defendants*


## CERTIFICATE OF SERVICE

 I hereby certify that on April 20, 2022 a copy of the foregoing agreed judgment entry was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.


*/s/ Greg R. Mansell*
Greg R. Mansell (0085197)