IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ANTHONY GLOSS,** on behalf of
themselves and all others similarly situated,

    Plaintiffs,

Case No.  2:21-cv-4747
Judge Edmund A. Sargus
Magistrate Judge Elizabeth Preston Deavers

    v.

**STAY DRY WATERPROOFING, LLC**,

    Defendant.

## AGREED JUDGMENT ENTRY ORDER

This matter is before the Court on the Parties' agreement as to a final judgment in favor of Plaintiffs and against Defendants Stay Dry Waterproofing, Inc. and Mark Minton, jointly and severally. (ECF No. 37.) This Agreed Judgment Entry supersedes all previous Offers of Judgment (which are hereby waived, rejected and mooted) or other offers of any kind between the parties. The claims in this matter were brought under the Fair Labor Standards Act ("FLSA") and Ohio Minimum Fair Wage Standards Act ("OMFWSA") for unpaid overtime wages, liquidated damages, attorneys' fees, and costs. Based on the agreement of the parties, and for good cause shown, the Court **ORDERS** as follows:

A. **NOTICE PROCEDURE**

    1. Corrective Notice (ECF No. 17-2) and Notice (ECF. Nos. 10-1 and 10-2) shall be sent to Putative Class Members (not to anyone who has already opted-in) by First-Class Mail and email within 10 business days from the date of this Order. Putative Class

1

Members shall have the meaning set forth in paragraph 1 of the parties Joint Stipulation to Conditional Certification and Notice, but not individuals who have already opted-in. (ECF No. 10) No party may communicate about opting-in (or not opting-in) with any Putative Class Member (those who have not already opted-in). Only counsel may communicate with them, and only if the Putative Class Member initiates the communication. Anyone who violates this provision will be held accountable by being required to pay the other side's reasonable Attorneys' Fees and possibly being held in contempt of Court.

2. Putative Class Members shall have 60 days from the date Corrective Notice and Notice are sent (the "Opt-In Period"). Joinder by a Putative Class Member shall be considered timely if the Consent is postmarked or otherwise received on or before the final day of the Opt-In Period.

3. All Putative Class Members that timely join this action during the Opt-In Period and all current Plaintiffs shall be considered a Settlement Class Member.

B. **MONETARY TERMS OF JUDGMENT**

1. Unpaid Overtime. Judgment against Defendants for overtime wages in an amount equal to 10 hours of overtime for each workweek that a Settlement Class Member worked for Stay Dry more than 4 days during the Statute of Limitations Period. The Statute of Limitations Period shall include all full workweeks during the 3 years prior to the date a Settlement Class Member's consent is filed. Defendants' shall issue a Form W2 to each Settlement Class Member for the Unpaid Overtime payment. To ensure the correct calculation of unpaid overtime, Defendants will provide each Settlement Class Member's payroll records and W-2s for the Statute of Limitations Period (if not already

produced) and additional records if reasonably necessary to ensure the correct calculation of unpaid overtime.

2. <u>Liquidated Damages</u>. Judgment against Defendants for liquidated damages on Plaintiffs' FLSA claim in an amount equal to 10 hours of overtime for each workweek that a Settlement Class Member worked for Stay Dry more than 4 days during the Statute of Limitations Period. Defendants shall issue a Form 1099 to each Settlement Class Member for the Liquidated Damages payment.

3. <u>Attorneys' Fees</u>. Plaintiffs shall be entitled to reasonable attorneys' fees incurred through the final resolution on all issues. The Parties shall first attempt to determine the amount of reasonable attorneys' fees through agreement. If the parties cannot reach an agreement, the issue of reasonable attorneys' fees shall be submitted to the Court for decision.

4. <u>Costs</u>. Plaintiffs shall be entitled to reasonable costs incurred through the final resolution on all issues. The Parties shall first attempt to determine the amount of reasonable costs through agreement. If the parties cannot reach an agreement, the issue of reasonable costs shall be submitted to the Court for decision.

5. <u>Timing of Payments</u>. Except where there is a Dispute of Total Workweeks, as set forth in paragraph B(6), the payment of the Monetary Terms (Unpaid Overtime and Liquidated Damages) set forth in paragraphs B(1)-(2) above shall be made within 30 days from the last day of the Opt-In Period. Payment of Attorneys' Fees and Costs shall be made (1) half within 30 days from the date each is determined (whether by agreement or by the Court) and (2) the other half 30 days thereafter.

6. <u>Dispute of Total Workweeks</u>. If the parties cannot agree on the total number of workweeks that a Settlement Class Member worked for Stay Dry for more than 4 days during the Statute of Limitations Period, then the parties shall submit the issue to the Court for decision. Payments to Settlement Class Members who dispute the total number of workweeks shall be issued within 30-days from the date the Court issues a decision or order on the Dispute of Total Workweeks.

**IT IS SO ORDERED**.

**5/9/2022**                                             <u>s/Edmund A. Sargus, Jr.</u>
**DATE**                                                     **EDMUND A. SARGUS, JR.**
                                                           **UNITED STATES DISTRICT JUDGE**